# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN LASAGE

NO. 2020 KW 0778

NOVEMBER 09, 2020

In Re:    Brian LaSage, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 484,087.

BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Lafourche Parish reflects the district court denied relator's application for postconviction relief on September 17, 2020.

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT